AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**APPEARANCE**

Case Number: 08mj1675

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JUAN CARLOS LOZA-SOTELO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/5/2008 | /s/ JASON I. SER |
| Date | Signature |
| | Jason I. Ser / Federal Defenders of SD — 201816 |
| | Print Name — Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City   State   Zip Code |
| | (619) 234-8467   (619) 687-2666 |
| | Phone Number   Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>            Plaintiff,                      )<br>                                                          )<br> v.                                                   )<br>                                                          )<br> JUAN CARLOS LOZA-SOTELO,    )<br>                                                          )<br>            Defendant.                 )<br> _____ ) | Case No. 08mj1675<br><br>CERTIFICATE OF SERVICE |

       Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

       United States Attorney's Office
       880 Front Street
       San Diego, CA  92101


Dated:  June 5, 2008                              /s/ Jason I. Ser
                                                          JASON I. SER
                                                           Federal Defenders
                                                           225 Broadway, Suite 900
                                                            San Diego, CA 92101-5030
                                                           (619) 234-8467  (tel)
                                                           (619) 687-2666  (fax)
                                                           jason_ser@fd.org