UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 05CR1945-LAB |
| Plaintiff ) | 05MJ1695 |
| ) | |
| vs. ) | ORDER |
| *Flavia Marquez-Marquez* ) | RELEASING MATERIAL WITNESS |
| Defendant(s) ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Jacob Gonzalez-Romero

DATED: 6/12/08

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____ Y. MADUENO
Deputy Clerk