| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | CARLOS ARGUELLO |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No.157162 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6252 / Fax: (619) 235-2757 |
|   | Email: carlos.arguello2@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )   Criminal Case No. 08cr1948-LAB
                                      )
12                 Plaintiff,         )
                                      )   NOTICE OF APPEARANCE
13           v.                       )
                                      )
14  FLAVIA MARQUEZ-MARQUEZ            )
                                      )
15                 Defendant.         )
                                      )

16

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned

19  case.   I certify that I am admitted to practice in this court or authorized to practice under

20  CivLR 83.3.c.3-4.

21        The following government attorneys (who are admitted to practice in this court or

22  authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be

23  listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic

24  Filings relating to activity in this case:

25        <u>Name</u> (If none, enter "None" below)

26        None.

27  //

28  //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and
2 | should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if
3 | the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate
4 | this association):

5 | <u>Name</u> (If none, enter "None" below)

6 | None.

7 | Please call me if you have any questions about this notice.

8 | DATED: September 4, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Carlos Arguello*
CARLOS ARGUELLO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: carlos.arguello2@usdoj.gov

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>FAVIA MARQUEZ-MARQUEZ,  )<br>  )<br>  Defendant.  )<br>  ) | Criminal Case No. 08CR1948-LAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, CARLOS ARGUELLO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Oliver Cleary
2. Jason Ser

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2008          /s/ *Carlos Arguello*
                                        CARLOS ARGUELLO
                                        Assistant U.S. Attorney